FRANK KNOBLAUCH, Respondent, v. DUGAN BROTHERS, INC., Appellant. GUSTAVE SCHMIDT, Respondent, v. DUGAN BROTHERS, INC., Appellant.— Order restoring actions to the trial reserve calendar for trial upon payment of stated costs affirmed, without costs. No opinion. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.

MICHAEL P. KOSOLAPOV, Appellant, v. KAUFMAN MANDELL and S. BUDD MANDELL, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

HENRIETTA LICHT, an Infant, by Her Guardian ad Litem, SAMUEL LICHT, and SAMUEL LICHT, Respondents, v. LOUIS COOPERSTEIN and LEO ENGERON, Appellants, and MORRIS JACOB, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

KATHERINE B. MACNAUGHTON, Respondent, v. BEE LINE, INC., and UTILITY LINES, INC., Appellants.— Order granting a preference affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.

HARRIET F. KING MARTIN, Respondent, v. FREDERICK W. LUDWIG, Appellant.— Judgment reversed on the law, with costs, and judgment directed for defendant dismissing the complaint, with costs. In our opinion the acts and conduct of the plaintiff subsequent to the alleged unauthorized transfer of the fund in question constituted a ratification of the transaction. The appeal from the order denying the defendant's motion for a new trial is dismissed as unnecessary. Lazansky, P. J., Young, Hagarty and Carswell, JJ., concur; Davis, J., concurs for reversal but dissents from a dismissal of the complaint, being of opinion that there should be a new trial, with the following memorandum: I favor reversal on the ground that the verdict was against the weight of evidence on the issue of defendant's liability and that a new trial should be granted so that the question of satisfaction, either as a matter of law or of fact, may be presented.